**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

| | |
|---|---|
| In re: SHORKEY, GERALD | § Case No. 10-73793 |
| | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $30,151.00                    Assets Exempt: $6,901.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,573.30      Claims Discharged
                                                Without Payment: $84,632.78

Total Expenses of Administration: $2,926.76

---

    3) Total gross receipts of $ 7,500.06 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,500.06 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $23,000.00 | $18,064.38 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,926.76 | 2,926.76 | 2,926.76 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 85,087.58 | 89,206.08 | 89,206.08 | 4,573.30 |
| **TOTAL DISBURSEMENTS** | $108,087.58 | $110,197.22 | $92,132.84 | $7,500.06 |

    4) This case was originally filed under Chapter 7 on July 29, 2010. The case was pending for 13 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/06/2011     By: /s/MEGAN G. HEEG
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 3012 Moosehorn Ct Rockford, IL 61109 (jointly, o | 1110-000 | 7,500.00 |
| Interest Income | 1270-000 | 0.06 |
| **TOTAL GROSS RECEIPTS** | | **$7,500.06** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Fifth Third Bank | 4110-000 | 23,000.00 | 18,064.38 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$23,000.00** | **$18,064.38** | **$0.00** | **$0.00** |

## EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 1,500.01 | 1,500.01 | 1,500.01 |
| Ehrmann Gehlbach Badger & Lee | 3110-000 | N/A | 1,400.00 | 1,400.00 | 1,400.00 |
| Ehrmann Gehlbach Badger & Lee | 3120-000 | N/A | 26.75 | 26.75 | 26.75 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,926.76 | 2,926.76 | 2,926.76 |

**UST Form 101-7-TDR (10/1/2010)**

Case 10-73793    Doc 38    Filed 09/08/11    Entered 09/08/11 09:48:51    Desc Main
Document      Page 4 of 8

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | 30,054.58 | 33,495.84 | 33,495.84 | 1,717.22 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 31,690.00 | 33,699.94 | 33,699.94 | 1,727.68 |
| 3 | Capital Recovery IV LLC | 7100-000 | 23,343.00 | 22,010.30 | 22,010.30 | 1,128.40 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 85,087.58 | 89,206.08 | 89,206.08 | 4,573.30 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-73793  
**Case Name:** SHORKEY, GERALD  

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 07/29/10 (f)  
**§341(a) Meeting Date:** 09/10/10  

**Period Ending:** 09/06/11  
**Claims Bar Date:** 12/23/10  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 3012 Moosehorn Ct Rockford, IL 61109 (jointly, o<br>Orig. Asset Memo: Orig. Description: 3012 Moosehorn Ct Rockford, IL 61109 (jointly, owned with girlfriend); Imported from original petition Doc# 1; | 115,000.00 | 7,500.00 |  | 7,500.00 | FA |
| 2 | Checking, savings or other financial accounts, c<br>Orig. Asset Memo: Orig. Description: PNC - Checking; Imported from original petition Doc# 1; | 500.00 | 0.00 | DA | 0.00 | FA |
| 3 | Household goods and furnishings, including audio<br>Orig. Asset Memo: Orig. Description: Normal complement of household goods and furnishings; Imported from original petition Doc# 1; | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Wearing apparel.<br>Orig. Asset Memo: Orig. Description: Normal complement of wearing apparel; Imported from original petition Doc# 1; | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Interests in insurance policies. Name insurance<br>Orig. Asset Memo: Orig. Description: UAW - Term Insurance; Imported from original petition Doc# 1; | 1.00 | 0.00 | DA | 0.00 | FA |
| 6 | Automobiles, trucks, trailers and other vehicles<br>Orig. Asset Memo: Orig. Description: 2008 Dodge Ram; Imported from original petition Doc# 1; | 23,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Automobiles, trucks, trailers and other vehicles<br>Orig. Asset Memo: Orig. Description: 2 Trailers used in furniture business; Imported from original petition Doc# 1; | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Office equipment, furnishings, and supplies.<br>Orig. Asset Memo: Orig. Description: Home computer; Imported from original petition Doc# 1; | 150.00 | 0.00 | DA | 0.00 | FA |
| 9 | Inventory.<br>Orig. Asset Memo: Orig. Description: Inventory of antique furniture; Imported from original petition Doc# 1; | 1,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A |  | 0.06 | FA |
| 10 | **Assets Totals** (Excluding unknown values) | **$145,151.00** | **$7,500.00** |  | **$7,500.06** | **$0.00** |

Printed: 09/06/2011 03:46 PM    V.12.57

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-73793
**Case Name:** SHORKEY, GERALD

**Period Ending:** 09/06/11

**Trustee:** (330490)   MEGAN G. HEEG
**Filed (f) or Converted (c):** 07/29/10 (f)
**§341(a) Meeting Date:** 09/10/10
**Claims Bar Date:** 12/23/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   February 15, 2011     **Current Projected Date Of Final Report (TFR):**   May 6, 2011  (Actual)

Printed: 09/06/2011 03:46 PM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-73793  
**Case Name:** SHORKEY, GERALD  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******71-65 - Money Market Account  

**Taxpayer ID #:** **-***6770  
**Period Ending:** 09/06/11  

**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/01/11 | {1} | Gerald Shorkey | | 1110-000 | 7,500.00 | | 7,500.00 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,500.05 |
| 05/06/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.01 | | 7,500.06 |
| 05/06/11 | | To Account #9200******7166 | to prepare final report | 9999-000 | | 7,500.06 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,500.06 | 7,500.06 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 7,500.06 | |
| | | | **Subtotal** | | 7,500.06 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,500.06** | **$0.00** | |

{} Asset reference(s)                                            Printed: 09/06/2011 03:46 PM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-73793  
**Case Name:** SHORKEY, GERALD  

**Taxpayer ID #:** **-***6770  
**Period Ending:** 09/06/11  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******71-66 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/06/11 | | From Account #9200******7165 | to prepare final report | 9999-000 | 7,500.06 | | 7,500.06 |
| 07/06/11 | 101 | MEGAN G. HEEG | Dividend paid 100.00% on $1,500.01, Trustee Compensation;  Reference: | 2100-000 | | 1,500.01 | 6,000.05 |
| 07/06/11 | 102 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $1,400.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,400.00 | 4,600.05 |
| 07/06/11 | 103 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $26.75, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 26.75 | 4,573.30 |
| 07/06/11 | 104 | Capital One Bank (USA), N.A. | Dividend paid   5.12% on $33,495.84; Claim# 1; Filed: $33,495.84; Reference: XXXX XXXX XXXX 1169 | 7100-000 | | 1,717.22 | 2,856.08 |
| 07/06/11 | 105 | Chase Bank USA, N.A. | Dividend paid   5.12% on $33,699.94; Claim# 2; Filed: $33,699.94; Reference: XXXX XXXX XXXX 7688 | 7100-000 | | 1,727.68 | 1,128.40 |
| 07/06/11 | 106 | Capital Recovery IV LLC | Dividend paid   5.12% on $22,010.30; Claim# 3; Filed: $22,010.30; Reference: XXXXXXXXXX0838 | 7100-000 | | 1,128.40 | 0.00 |

|  |  | **ACCOUNT TOTALS** | **7,500.06** | **7,500.06** | **$0.00** |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers | 7,500.06 | 0.00 | |
|  |  | **Subtotal** | **0.00** | **7,500.06** | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | **NET Receipts / Disbursements** | **$0.00** | **$7,500.06** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******71-65** | 7,500.06 | 0.00 | 0.00 |
| **Checking # 9200-******71-66** | 0.00 | 7,500.06 | 0.00 |
| | $7,500.06 | $7,500.06 | $0.00 |

{} Asset reference(s)

Printed: 09/06/2011 03:46 PM    V.12.57